FILED

11/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0556

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0556

IN RE THE MARRIAGE OF:

DAWN TAYLOR,

     Petitioner and Appellant,

and

JOHN TAYLOR,

     Respondent and Appellee.

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTON TO DISMISS

UPON Motion duly made, and there appearing good cause therefore, , IT IS HEREBY ORDERED that the Appellant shall have until thirty (30) days after the transcripts of the proceedings are submitted to this Court.

ELECTRONICALLY SIGNED AND DATED, BELOW

CC:   Kirsten Mull Core

      Rebecca Swandal

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2023